| AO-10 (WP) Rev. 1/2005 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|
| | FOR CALENDAR YEAR 2004 | |

| 1. Person Reporting *(Last name, first, middle initial)* Mihm, Michael M. | 2. Court or Organization Central District of Illinois | 3. Date of Report 4/13/05 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* United States District Judge - Active | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 204 Federal Building 100 N.E. Monroe Peoria, IL 61602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Director | Abraham Lincoln Inns of Court - Peoria |
| 2 | Assistant Coach of Mock Trial | Bradley University - Peoria |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

RECEIVED APR 20 10 58 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

**A. Filer's Non-Investment Income**

| | | | |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2004 | John Marshall Law School - Adjunct Professor of Law - Taught two week long accelerated trial advocacy courses in calendar year 2004 (January and August). Vacation time was used. $3,000 each session. | $ 6,000 |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income -** If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| | ☒ NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 4/13/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ **NONE** (No such reportable reimbursements.) | |
| 1 | Russian American Judicial Partnership/Open World Program/Project Harmony/Russian Judiciary | 4/18/04 to 5/2/04 Travel to Russia (Moscow, Saratov, Sochi) to participate in Open World Alumni Conference and attend/address Council of Judges of the Russian Federation. All travel (train and plane) plus food and other related expenses paid. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ **NONE** (No reportable liabilities.) | | |
| 1 | New York Life Insurance Company | Loan on value of while life insurance | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 4/13/05 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Southside Bank Savings Account | A | Interest | J | T | | | | | |
| 2 U.S. Treasury Bond Series HH | A | Interest | J | T | | | | | |
| 3 U.S. Treasury Bond Series HH | A | Interest | J | T | | | | | |
| 4 Enterprise Small Co. Value Port Class A Mutual Fund | A | Dividend | J | T | Buy | 1/14 | J | | |
| 5 " | | | | | Buy | 1/21 | J | | |
| 6 " | | | | | Buy | 1/26 | J | | |
| 7 " | | | | | Buy | 1/28 | J | | |
| 8 " | | | | | Buy | 2/26 | J | | |
| 9 " | | | | | Buy | 3/26 | J | | |
| 10 " | | | | | Buy | 4/26 | J | | |
| 11 " | | | | | Buy | 5/26 | J | | |
| 12 " | | | | | Buy | 6/25 | J | | |
| 13 " | | | | | Buy | 7/26 | J | | |
| 14 " | | | | | Buy | 8/26 | J | | |
| 15 " | | | | | Buy | 9/23 | J | | |
| 16 " | | | | | Buy | 9/26 | J | | |
| 17 Touchstone Emerging Growth Class A/M Mutual Fund | A | Dividend | J | T | Sell | 1/14 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 " | | | | | Sell | 1/21 | J | | |
| 19 " | | | | | Sell | 1/28 | J | | |
| 20 Van Kampen Equity Income Fund Class A/M Mutual Fund | A | Dividend | J | T | Sell | 1/14 | J | | |
| 21 " | | | | | Sell | 1/21 | J | | |
| 22 " | | | | | Sell | 1/28 | J | | |
| 23 " | | | | | Sell | 6/04 | J | | |
| 24 " | | | | | Sell | 7/02 | J | | |
| 25 " | | | | | Sell | 8/05 | J | | |
| 26 " | | | | | Sell | 9/03 | J | | |
| 27 " | | | | | Sell | 10/05 | J | | |
| 28 Heritage Cash Trust Money Market Fund - Mutual Fund | A | Interest | J | T | | | | | |
| 29 AMCAP Fund (Mutual Fund) Class F - American Fund | A | Dividend | J | T | Sell | 1/14 | J | | |
| 30 " | | | | | Sell | 1/21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 31  " | | | | | Sell | 1/28 | J | | |
| 32  Calamos Convertible Growth & Income Mutual Fund | A | Dividend | J | T | Buy | 1/14 | J | | |
| 33  " | | | | | Buy | 1/21 | J | | |
| 34  " | | | | | Buy | 1/28 | J | | |
| 35  " | | | | | Buy | 6/04 | J | | |
| 36  " | | | | | Buy | 7/02 | J | | |
| 37  " | | | | | Buy | 8/05 | J | | |
| 38  " | | | | | Buy | 9/03 | J | | |
| 39  " | | | | | Buy | 10/05 | J | | |
| 40  " | | | | | Buy | 11/05 | J | | |
| 41  Cohen & Steers Equity Income Mutual Fund - Class A | A | Dividend | J | T | Sell | 5/28 | J | | |
| 42  " | | | | | Sell | 6/29 | J | | |
| 43  " | | | | | Sell | 7/29 | J | | |
| 44  " | | | | | Sell | 8/27 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 45 | " | | | | | Sell | 9/29 | J | | |
| 46 | Eaton Vance Worldwide Health Services Mutual Fund - Class A | None | None | J | T | | | | | |
| 47 | Enterprise Govt. Securities Class A - Mutual Fund | A | Dividend | None | T | Sell | 1/26 | J | | |
| 48 | " | | | | | Sell | 2/26 | J | | |
| 49 | " | | | | | Sell | 3/26 | J | | |
| 50 | " | | | | | Sell | 4/26 | J | | |
| 51 | " | | | | | Sell | 5/26 | J | | |
| 52 | " | | | | | Sell | 6/25 | J | | |
| 53 | " | | | | | Sell | 7/26 | J | | |
| 54 | " | | | | | Sell | 8/26 | J | | |
| 55 | " | | | | | Sell | 9/23 | J | | |
| 56 | Heritage Midcap Stock Mutual Fund | None | None | None | T | Sell | 1/14 | J | | |
| 57 | " | | | | | Sell | 1/21 | J | | |
| 58 | " | | | | | Sell | 1/28 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS – income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 59  " | | | | | Sell | 1/29 | J | | |
| 60  Pimco Renaissance Fund Class A Mutual Fund (now Renamed to Allianz OCC Renaissance Fund Class A Mutual Fund) | None | None | J | T | Buy | 1/14 | J | | |
| 61  " | | | | | Buy | 1/21 | J | | |
| 62  " | | | | | Buy | 1/28 | J | | |
| 63  " | | | | | Buy | 5/28 | J | | |
| 64  " | | | | | Buy | 6/29 | J | | |
| 65  " | | | | | Buy | 7/29 | J | | |
| 66  " | | | | | Buy | 8/27 | J | | |
| 67  " | | | | | Buy | 9/29 | J | | |
| 68  " | | | | | Buy | 10/29 | J | | |
| 69  Pimco Short Term Fund Class AM/F | A | Dividend | None | None | Sell | 1/28 | J | | |
| 70  " | | | | | Sell | 2/13 | J | | |
| 71  " | | | | | Sell | 2/27 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure* | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 72 " | | | | | Sell | 3/12 | J | | |
| 73 " | | | | | Sell | 3/26 | J | | |
| 74 " | | | | | Sell | 4/13 | J | | |
| 75 " | | | | | Sell | 4/28 | J | | |
| 76 " | | | | | Sell | 5/11 | J | | |
| 77 " | | | | | Sell | 6/14 | J | | |
| 78 " | | | | | Sell | 7/09 | J | | |
| 79 " | | | | | Sell | 8/11 | J | | |
| 80 " | | | | | Sell | 9/10 | J | | |
| 81 " | | | | | Sell | 10/12 | J | | |
| 82 " | | | | | Sell | 10/27 | J | | |
| 83 " | | | | | Sell | 11/09 | J | | |
| 84 Janus Mercury M/F IRA | A | Dividend | J | | | | | | |
| 85 Firsthand Technology Value IRA M/F (sp) | A | Dividend | J | | | | | | |
| 86 Janus Olympus M/F | None | None | J | T | | | | | |
| 87 Central Illinois Bank (CIB) Certificate of Deposit | A | Interest | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 4/13/05 |

## VII. Page 7 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 88 | Janus Strategic Value M/F (Now called Janus Contrarian) | A | Dividend | J | T | | | | | |
| 89 | CIB IRA (sp) | A | Interest | J | T | | | | | |
| 90 | CIB Money Market | A | Interest | J | T | | | | | |
| 91 | CIB Savings Account | A | Interest | K | T | | | | | |
| 92 | Davis New York Venture Fund Class A M/F | A | Dividend | J | T | Buy | 1/14 | J | | |
| 93 | " | | | | | Buy | 1/21 | J | | |
| 94 | " | | | | | Buy | 1/28 | J | | |
| 95 | " | | | | | Buy | 2/13 | J | | |
| 96 | " | | | | | Buy | 3/12 | J | | |
| 97 | " | | | | | Buy | 4/13 | J | | |
| 98 | " | | | | | Buy | 5/11 | J | | |
| 99 | " | | | | | Buy | 6/14 | J | | |
| 100 | " | | | | | Buy | 7/09 | J | | |
| 101 | " | | | | | Buy | 8/11 | J | | |
| 102 | " | | | | | Buy | 9/10 | J | | |
| 103 | " | | | | | Buy | 10/12 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 4/13/05 |

## VII. Page 8 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 104 Federal Capital Appreciation Fund Class A -M/F | A | Dividend | None | T | Buy | 1/14 | J | | |
| 105 " | | | | | Buy | 1/21 | J | | |
| 106 " | | | | | Buy | 1/28 | J | | |
| 107 " | | | | | Buy | 1/28 | J | | |
| 108 " | | | | | Buy | 2/27 | J | | |
| 109 " | | | | | Buy | 3/26 | J | | |
| 110 " | | | | | Buy | 4/28 | J | | |
| 111 " | | | | | Buy | 5/21 | J | | |
| 112 " | | | | | Buy | 6/23 | J | | |
| 113 " | | | | | Sell | 7/08 | J | | |
| 114 " | | | | | Sell | 7/12 | J | | |
| 115 " | | | | | Sell | 7/13 | J | | |
| 116 " | | | | | Sell | 7/14 | J | | |
| 117 First Eagle Global Fund Class A M/F | A | Dividend | J | T | Buy | 7/08 | J | | |
| 118 " | | | | | Buy | 7/12 | J | | |
| 119 " | | | | | Buy | 7/13 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Mar et | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 4/13/05 |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 120 " | | | | | Buy | 7/23 | J | | |
| 121 " | | | | | Buy | 8/23 | J | | |
| 122 " | | | | | Buy | 9/23 | J | | |
| 123 " | | | | | Buy | 10/22 | J | | |
| 124 Gartmore Microcorp Equity Fund Class A M/F | A | Dividend | J | T | Buy | 1/14 | J | | |
| 125 " | | | | | Buy | 1/21 | J | | |
| 126 " | | | | | Buy | 1/28 | J | | |
| 127 Oppenheimer Global Fund Class A M/F | A | Dividend | J | T | Buy | 5/17 | J | | |
| 128 " | | | | | Buy | 6/17 | J | | |
| 129 " | | | | | Buy | 7/16 | J | | |
| 130 " | | | | | Buy | 8/17 | J | | |
| 131 " | | | | | Buy | 9/17 | J | | |
| 132 " | | | | | Buy | 10/15 | J | | |
| 133 Oppenheimer Value Fund Class A - M/F | A | Dividend | J | T | Buy | 1/14 | J | | |
| 134 " | | | | | Buy | 1/21 | J | | |
| 135 " | | | | | Buy | 1/28 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 136 Pimco Foreign Bond Fund (unhedged) Class A M/F | A | Dividend | J | T | Buy | 11/16 | J | | |
| 137 " | | | | | Buy | 11/16 | J | | |
| 138 " | | | | | Buy | 11/17 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | =$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mihm, Michael M. | 4/15/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date _April 13, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544